## In re Eric C. PETERS and Stanley Rabinowitz.

### No. 03–1454.

United States Court of Appeals, Federal Circuit.

DECIDED: April 15, 2004.

Anthony J. Mirabito, Principal Attorney, Dean G. Bostock, Paul J. Hayes, Michael T. Renaud, of Counsel, Mintz, Levin, Boston, MA, Peter Jude Gordon, of Counsel,

Avid Technology, Tewksbury, MA, for Appellant.

John M. Whealan, Principal Attorney, Joseph G. Piccolo, Sydney O. Johnson, Jr., of Counsel, Office of the Solicitor, Arlington, VA, for Appellee.

Before NEWMAN, RADER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36